**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706 LLC, | Case No. 25-11853 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEAL**

Notice is hereby given pursuant to Federal Rules of Bankruptcy Procedure 8002 and 8004 and 28 U.S.C. § 158 that 356W58 Ground Lessor LLC ("Landlord") hereby appeals to the United States District Court, District of Delaware from the *Order Granting Debtors' Motion for an Order Determining That Purported Ground Lease, If a True Lease, Is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code* (the "Order"), dated April 22, 2026 [D.I. 443].

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below:

Appellant:
356W58 Ground Lessor LLC

Appellants' Counsel:
Matthew B. McGuire
Katherine S. Dute
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

{1108.001-W0054502.}

Kirk L. Brett
Patrick O'Connor
Adler & Stachenfeld LLP
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212)883-1700
Facsimile: (212)883-8883

Appellees:
Hudson 1701/1706, LLC and Hudson 1702, LLC (collectively, the "Debtors").

Appellees' Counsel:
William E. Chipman, Jr.
Mark D. Olivere
Aaron J. Bach
Alison R. Maser
Chipman Brown Cicero & Cole LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191

-and-

Robert Gordon
Michael M. Fay
Jenny H. Kim
Jeffrey Waldron
Katherine Zhang
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Other Interested Parties
(a) U.S. Department of Justice, Office of the United States Trustee
(b) Parkview Financial REIT, LP
(c) Official Committee of Unsecured Creditors

Counsel for Other Interested Parties
(a) Linda J. Casey
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Telephone: (302) 573-6539

(b) Parkview Financial REIT, LP
Jeffrey N. Pomerantz
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

Richard Wynne
David P. Simonds
Edward McNeilly
Christopher R. Bryant
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4647
Facsimile: (310) 785-4601

(c)  Eric J. Monzo
Siena B. Cerra
Morris James LLP
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800

-and-

Robert J. Gayda
Catherine V. LoTempio
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 450-8421

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached

hereto as **Exhibit A**.  A copy of the transcript of the Court's oral ruling is attached hereto as

**Exhibit B**.  This Notice of Appeal is also accompanied by the prescribed fee.

Dated:  May 5, 2026
          Wilmington, Delaware

**LANDIS RATH & COBB LLP**


*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com
       dute@lrclaw.com
       venkateswaran@lrclaw.com

– and –

**ADLER & STACHENFELD LLP**
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th floor
New York, New York 10022
Telephone: (212)883-1700
Facsimile: (212)883-8883
Email: kbrett@adstach.com
       poconnor@adstach.com

*Counsel to 356W58 Ground Lessor LLC*