UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

**Case Number:**  25-11853                    BK ⦿  AP ◯

If AP, related BK case number:

**Title of Order Appealed:**  Order Granting Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property under Section 365 of the Bankruptcy Code

**Docket #:** 443                    **Date Entered:** 4/22/26

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | **Notice of Appeal** | **Docket #:** 459 | **Date Filed:** | 5/5/26 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** | |
| ☐ | **Cross Appeal** | **Docket #:** | **Date Filed:** | |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** | |
| ✓ | **Request for Certification of Direct Appeal** | **Docket #:** 461 | **Date Filed:** | 5/5/26*** |

**Appellant/Cross Appellant:**

356W58 Ground Lessor LLC

**Appellee/Cross Appellee**

Hudson 1701/1706, LLC
Hudson 1702, LLC

**Counsel for Appellant/Cross Appellant:**

Matthew B. McGuire
Katherine S. Dute
919 N. Market St, Suite 1800
Wilmington, DE  19801
(additional attorneys listed on appeal)

**Counsel for Appellee/Cross Appellee:**

William E. Chipman, Jr.
Mark D. Olivere
1313 N. Market St, Suite 5400
Wilmington, DE  19801 (additional attorneys)

| | | | |
|---|---|---|---|
| **Filing fee paid?** | Yes ⦿ | No ◯ | |
| **IFP application filed by applicant?** | Yes ◯ | No ⦿ | |
| **Have additional appeals of the same order been filed?** | Yes ◯ | No ⦿ | |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ◯ | No ⦿ | |
| **Civil Action Number:** | | | |

*(continued on next page)*

**Notes:**    ***A hearing has been sent for the motion for 5/22/26.

*I hereby certify that all designated items are available electronically through CM/ECF.*

/s/ Kimberly Ross

**Date:** 5/11/26                    **by:**_____
                                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-36