**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706 LLC, | Case No. 25-11853 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**[PROPOSED] ORDER GRANTING MOTION OF 356W58 GROUND LESSOR LLC**
**TO CERTIFY DIRECT APPEAL TO THE COURT OF APPEALS**
**UNDER 28 U.S.C. § 158(d)**

Upon consideration of the Motion of 356W58 Ground Lessor LLC ("Landlord") to Certify

Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) (the "Motion to Certify")[2]; and

the Court having considered the Motion to Certify and any objections and responses thereto; and

this Court having jurisdiction to consider the Motion to Certify and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core

proceeding; and the filing of the Motion to Certify in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and the Court having entered its *Order Granting Debtors' Motion for an Order*

*Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property*

*Under Section 365 of the Bankruptcy Code* [Docket No. 443] ("Lease Order"); and the Court

having found that the Lease Order involves a question of law as to which there is no controlling

decision of the United States Court of Appeals for the Third Circuit or of the Supreme Court of

the United States and an immediate appeal from the Lease Order may materially advance the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion to Certify.

progress of the case; and the Court having concluded that direct review of the Lease Order is warranted under 28 U.S.C. § 158(d)(2)(A);

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Certify is GRANTED as set forth herein.

2. All objections to the Motion to Certify are overruled.

3. Pursuant to 28 U.S.C. § 158(d)(2)(A), the Lease Order, attached as Exhibit A to this Order, is certified for direct appeal to the United States Court of Appeals for the Third Circuit.

1532.001 - #25002058v1