**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706 LLC, | Case No. 25-11853 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Katherine S. Dute, hereby certify that on May 5, 2026, a true and correct copy of *Motion of Motion of 356W58 Ground Lessor LLC to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)* was caused to be served upon the parties listed on the attached service list via e-mail.

Dated:  May 5, 2026

**LANDIS RATH & COBB LLP**

/s/ *Katherine S. Dute*
Katherine S. Dute (No. 6788)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Email: dute@lrclaw.com

*Counsel to 356W58 Ground Lessor LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190). The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

1532.001 - #25002060v1

2

## SERVICE PARTIES

**CHIPMAN BROWN CICERO & COLE, LLP**
William E. Chipman, Jr., Esq.
Mark D. Olivere, Esq.
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

-and-

**BOIES SCHILLER FLEXNER LLP**
Robert Gordon
Michael M. Fay
Jenny H. Kim
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: rgordon@bsfllp.com
mfay@bsfllp.com
jkim@bsfllp.com

**THE OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 3**
Linda J. Casey
Malcolm M. Bates
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35
Wilmington, Delaware 19801
Email: malcolm.m.bates@usdoj.gov
linda.casey@usdoj.gov

**MORRIS JAMES LLP**
Eric J. Monzo, Esq.
Siena B. Cerra, Esq.
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Email: emonzo@morrisjames.com
scerra@morrisjames.com

-and-

**SEWARD & KISSEL LLP**
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Email: gayda@sewkis.com
lotempio@sewkis.com

2

1532.001 - #25002060v1