# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson 1701/1706 LLC, *et al.*, | Case No. 25-11853 (KBO) |
| Debtors.[1] | Jointly Administered |
| | |
| 356W58 Ground Lessor LLC, | |
| Appellant, | U.S. District Court |
| v. | Case No. 1:26-cv-00542 (CFC) |
| Hudson 1701/1706, LLC, *et al.*, | |
| Appellees. | |

**APPELLANT'S (I) STATEMENT OF
ISSUES TO BE PRESENTED ON APPEAL
AND (II) DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL[2]**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Hudson 1701/1706, LLC (0281) and Hudson 1702, LLC (0190).  The Debtors' headquarters and the mailing address for the Debtors is 11440 San Vicente Boulevard, 2nd Floor, Los Angeles, CA 90045.

[2]  The *Motion of 356W58 Ground Lessor LLC to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d)* [D.I. 461] remains pending before the Bankruptcy Court for the District of Delaware and is set for oral argument on Friday, May 22, 2026.

356W58 Ground Lessor LLC (the "Appellant" or "Landlord"), by and through its undersigned counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, as supplemented by Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, hereby submits this (i) statement of the issues to be presented on appeal, and (ii) designation of the items to be included in the record in connection with Appellant's appeal from the *Order Granting Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code* entered on April 22, 2026 [Bankr. D.I. 443] (the "Order") by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

I.    **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant states that the following issues will be presented on its appeal:

1.    Whether the Bankruptcy Court erred by accepting the Debtors' invitation to rule on the *Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code* [Bankr. D.I. 344] (the "365 Motion") in the first instance, thereby issuing an unconstitutional advisory opinion; and

2.    Whether the Bankruptcy Court erred in granting the 365 Motion and defining the Ground Lease as a lease of residential real property when it is uncontested that (i) the premises remain a stalled construction site and (ii) the only residential tenants are the permanent SRO tenants (who are exceptional because they cannot be evicted from the property no matter the outcome of this bankruptcy).

## II.   DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant designates the following items for inclusion in the record on appeal.

Such designation of pleadings and matters of record includes all exhibits, appendices,

and other items that are attached or referred to in such pleadings or matters of record.

### A.    Docket Entries from Bankruptcy Case No. 25-11853

| ITEM NO. | D.I. | DATE FILED | DESCRIPTION |
|---|---|---|---|
| 1 | 344 | 2/24/26 | Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |
| 2 | 354 | 3/5/26 | 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |
| 3 | 355 | 3/5/26 | Declaration of Matthew B. McGuire in Support of 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |
| 4 | 357 | 3/5/26 | Statement and Reservation of Rights by the Official Committee of Unsecured Creditors Regarding Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |
| 5 | 359 | 3/9/26 | Debtors' Reply to 356W58 Ground Lessor LLC's Objection to Debtors' Motion for an Order Determining that Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |

| ITEM NO. | D.I. | DATE FILED | DESCRIPTION |
|---|---|---|---|
| 6 | 396 | 3/31/26 | Declaration of Glenn Brill in Support of Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |
| 7 | 397 | 3/31/26 | Declaration of Abe Kohn in Support of Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |
| 8 | 443 | 4/22/26 | Order Granting Debtors' Motion for an Order Determining That Purported Ground Lease, if a True Lease, is a Lease of Residential Real Property Under Section 365 of the Bankruptcy Code |
| 9 | 447 | 4/24/26 | April 21, 2026 Transcript of Hearing Before the Honorable Karen B. Owens Chief United States Bankruptcy Court |

**B.     Docket Entries from Bankruptcy Adversary No. 25-52471**

| ITEM NO. | D.I. | DATE FILED | DESCRIPTION |
|---|---|---|---|
| 10 | 17-3 | 2/4/26 | Ground Lease, dated May 4, 2022 |

**C.     Exhibits Admitted into Evidence at Hearing on April 21, 2026 in Bankruptcy Case No. 25-11853 and Adversary No. 25-52471**

| ITEM NO. | D.I. | DATE FILED | DESCRIPTION |
|---|---|---|---|
| 11 | N/A | N/A | Deposition Transcript of Abe Kohn, dated April 17, 2026 |
| 12 | N/A | N/A | Deposition Transcript of Glenn Brill, dated April 17, 2026 |

-4-

## III.   <u>RESERVATION OF RIGHTS</u>

Appellant expressly reserves the right to (i) withdraw, supplement, amend or modify this Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal and (ii) move to strike any items included by the Appellees in a designation of additional items.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

[*Signature Page Follows*]

Dated:  May 19, 2026
         Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Mathew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Katherine S. Dute (No. 6788)
Soumya P. Venkateswaran (No. 7278)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
        mcguire@lrclaw.com
        dute@lrclaw.com
        venkateswaran@lrclaw.com

-and-

**ADLER & STACHENFELD LLP**
Kirk L. Brett (admitted *pro hac vice*)
Patrick O'Connor (admitted *pro hac vice*)
555 Madison Avenue, 6th Floor
New York, New York 10022
Telephone: (212) 883-1700
Facsimile: (212) 883-8883
Email: kbrett@adstach.com
        poconnor@adstach.com

*Counsel to 356W58 Ground Lessor LLC*